9813723

**Appeal Ordered Withdrawn and Opinion issued July 8, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-98-00522-CR
No. 05-98-00523-CR
No. 05-98-00524-CR
No. 05-98-00525-CR

**STEVE O. AVILA, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the 292nd District Court
Dallas County, Texas
Trial Court Cause No.  F88-71131-QV, F88-76518-MV, F88-76519-MV & F96-23769-LV

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal.  Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance.  See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-98-00522-CR    Date Filed: 03/31/1998

Style:  Avila, Steve O.
        v.
        The State of Texas

Trial Judge:              Keasley, Mike
Trial Court Reporter:         Howell, Frank
Trial Court:              292ND DISTRICT COURT  Trial County:  DALLAS

APP   John H. Hagler
      ATT 008696000
      Attorney at Law
      P.O. Box 12243
      Dallas, TX 75225
      Phone 214/265-0846    / -
      Fax 214/265-7685

APP   Steve O. Avila
      INM 059800522
      #97030778 4-W-2
      500 Commerce St
      Dallas, TX 75202

CLK   District Clerk
      DCK 000000292
      292nd Judicial District Court
      133 N. Industrial Blvd
      Dallas, TX 75207

JDG   Judge
      JDG 000000292
      292nd Judicial District Court
      133 N. Industrial Blvd
      Dallas, TX 75207

STA Kerry P. Fitzgerald
ATT 007088000
Assistant District Attorney
Frank Crowley Courts Bldg
133 N. Industrial Blvd. LB 19
Dallas, TX 75207
Phone 214/653-3600
Fax  /  -

Author of opinion Chef Justice Thomas

Trial Court Judge Keasley

Rehear denied_____

**\*\*THIS OPINION IS RELEASED FOR PUBLICATION   YES /  NO**